UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-60771-RAR

**WENDY MARTIN**,

    Plaintiff,

v.

**BROWARD COUNTY, FLORIDA**,

    Defendant.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Lori Adelson, Esq. on **Monday, January 31, 2022, at 10:00 a.m.**, at HR Law PRO, 401 East Las Olas Boulevard, Suite 1400, Fort Lauderdale, Florida 33301, or via any other means mutually agreed upon by the parties. A report of the mediation must be filed **within seven (7) days** thereafter.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 14th day of June, 2021.

       **RODOLFO A. RUIZ II**
       **UNITED STATES DISTRICT JUDGE**