**EXHIBIT A**

# Volunteer Agreement



A volunteer agreement is the foundation of the working relationship between an organization and its volunteers. This volunteer agreement clarifies the expectations in regards to length of time commitment, confidentiality, attendance, training, and adherence to the organization's policies and procedures.

We agree to accept the volunteering services of: **Wendy**

Beginning on date **soon** and ending on date **UFN**

The volunteer agrees to volunteer for **4** hours on the following days:

☒ Tues  ☒ Wed  ☒ Thurs  ☒ Fri  ☒ Sat  ☐ Sun

(WEEKLY) or BIWEEKLY (circle one)

The volunteer role is/are:

☒ Kennel Assistant  ☒ Greeter  ☒ Admissions Assistant  ☒ Dog Enrichment Assistant

☐ Other: _____

and the volunteer will be supervised by **TBD**

**Broward County Animal Care and Adoption commits to:**
1. Assign you to appropriate tasks according to skills, abilities, interests, availability and training.
2. Give you training and appropriate supervision for all tasks.
3. Allow for a three-week trial period.
4. Be receptive to any comments and feedback as well as provide feedback when appropriate.
5. Give you a job description for an assignment when appropriate.
6. To treat you as a fellow team member who contributes to BCAC's mission.
7. Treat you with appreciation and respect.
8. Value and recognize our volunteers as a significant resource in achieving the goals of our organization



**The volunteer commits to:**
1. Know assigned duties and stay on task.
2. Cooperate with staff and fellow volunteers. Be a team player.
3. Sign in using Volgistics each time you arrive for a work assignment. Sign out using Volgistics before you leave at the end of your shift.
4. Be on time for your scheduled shifts and events.
5. Honor your commitment and come when scheduled.
6. Treat EVERYONE with respect, regardless of status.
7. Wear assigned uniform and badge.
8. Stay Safe. Use precaution when handling any animals, chemicals, or equipment in the facility.
9. Be hygienic. Wash your hands between touching each animal and throughout the day.

**Volunteer Termination**

Broward County Animal Care reserves the right to terminate a volunteer's connection with the organization **at any time.**

If a volunteer continues to not adhere to BCAC policy or if corrective action measures are not heeded, then the Volunteer Coordinator will terminate the volunteer.

Possible reasons for volunteer termination include <u>but are not limited to</u>:

- Failure to adhere to Volunteer Agreement and Standards of Conduct
- Conduct while on duty that is detrimental to the organization and/or the animals, including any breach of confidence.
- Conduct while off duty which would adversely affect the organization
- Reporting to an event or to the shelter under the influence of drugs or alcohol
- Theft of property or funds
- No show with no call or email notification for two events or shifts
- Excessive tardiness as well as call outs
- Any abuse or mistreatment of animals
- Gross misconduct or insubordination

Volunteer Signature _Wendy Martin_ Date _6/19/18_